■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

CLYDE MCKAY, Appellant. [596 NYS2d 703] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), imposed July 19, 1991.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.